IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY, FLORIDA
CIVIL DIVISION

SFR SERVICES, LLC a/a/o VISTA DEL
SOL AT LAS BRIAS CONDOMINIUM
ASSOCIATION, INC.

    Plaintiff,

v.                                                     Case No.:

INDIAN HARBOR INSURANCE
COMPANY,

    Defendant.

_____/

**COMPLAINT AND DEMAND FOR JURY TRIAL**
_____

Plaintiff, SFR SERVICES, LLC ("SFR" or "Plaintiff") a/a/o VISTA DEL SOL AT LAS BRIAS CONDOMINIUM ASSOCIATION, INC. ("Vista Del Sol") by and through the undersigned counsel, hereby submits this Complaint and Demand for Jury Trial against Defendant, INDIAN HARBOR INSURANCE COMPANY ("Indian Harbor" or "Defendant"), and in support of the Complaint, alleges and avers as follows:

**GENERAL ALLEGATIONS**

1.    This is an action for damages in excess of thirty-thousand dollars ($30,000.00) exclusive of claimed interest, costs, and attorney fees.

2.    Plaintiff, SFR SERVICES, is a Florida limited liability company duly registered and authorized to do business throughout the State of Florida and actively doing business in Lee County, Florida.

3.    Defendant is a Florida for Profit Corporation in the business of insurance, and conducting business in Bonita Springs, Lee County, Florida, and throughout the State of Florida.

4. Venue is appropriate in Lee County, Florida because it is where the cause of action accrued, where the Insured Property (as defined herein) is located, where the Policy (as defined herein) was entered into, and where many of the witnesses reside or do business.

5. In consideration for the premium paid to it by Vista Del Sol, Defendant issued a policy of insurance, policy number UBP0001438-01 ("the Policy"), to Vista Del Sol, with effective dates of August 4, 2017 to August 4, 2018, which provided coverage for five buildings located on Las Maderas Dr., Bonita Springs, Florida, and which are more fully identified by specific building address on the declarations page for the Policy ("Insured Property"). Plaintiff is not currently in possession of a complete copy of the applicable Policy, although Indian Harbour Insurance Company is in possession of a true and correct copy of the Policy, and Plaintiff will file a copy of the Policy once received through discovery

6. The Policy was in full force and effect at the time Hurricane Irma caused damage to the Insured Property on or about September 10, 2017.

7. The Hurricane Irma loss and ensuing damages are covered perils under the Policy.

8. Vista Del Sol timely submitted the insurance claim to Defendant.

9. Defendant assigned claim number CLM0012992 to Vista Del Sol's loss.

10. On or about January 10 and 11, 2020, Defendant's retained engineering firm, Omega Forensic Engineering Inc., conducted an inspection of the Insured Property and concluded that the damage observed at the property was not caused by Hurricane Irma. A copy of Omega Forensic Engineering Inc.'s report is attached hereto as **Exhibit A.**

11. On February 20, 2020, Defendant issued its coverage letter to Vista Del Sol, denying the claim in its entirety. A copy of Defendant's coverage letter is attached hereto as **Exhibit B.**

12. On December 2, 2019, Vista Del Sol executed an Assignment of Insurance Benefits in favor of SFR Services, assigning all insurance rights, benefits, and proceeds of Vista Del Sol's claim to SFR Services. A true and correct copy of the Assignment of Benefits is attached hereto as **Exhibit C**.

13. Defendant has failed to pay the amounts due, despite such payment being required by the Policy.

14. Defendant has failed and refused to adequately adjust Vista Del Sol's claimed damages related to the September 10, 2017 date of loss.

15. Vista Del Sol and/or Plaintiff has done and performed all those matters and things properly required under the insurance policy, or alternatively, Vista Del Sol and/or Plaintiff has been excused from performance by the acts of Defendant by its representations and/or conduct.

### COUNT I
**(Breach of Contract)**

16. Plaintiff realleges and reaffirms Paragraphs 1-15 as though fully set forth herein.

17. This is an action for breach of the Policy which was in effect at the time of loss.

18. In response to Vista Del Sol's submission of its insurance claim, Defendant sent and assigned an engineering firm to act as its representatives in inspecting, evaluating, and estimating damages.

19. Under the Policy and Assignment of Benefits, Defendant was required to pay Plaintiff for all covered damages to the Insured Property resulting from the covered loss.

20. By failing and/or refusing to pay Plaintiff the amount necessary to repair or replace the damage to the Insured Property, Defendant has materially breached the terms, conditions, and requirements of the Policy.

21. In an effort to obtain the amounts rightfully owed, Plaintiff retained ButlerMatrix LLC ("ButlerMatrix"), a professional engineering company, to evaluate the cause and extent of damages at the Insured Property.

22. Based on its inspection, ButlerMatrix concluded that there was damage to the Insured Property resulting from high wind loading from Hurricane Irma. ButlerMatrix concluded that the roofs at the Insured Property need to be replaced. ButlerMatrix set forth its conclusions in a report dated April 14, 2020. A copy of ButlerMatrix's report, is attached hereto as **Exhibit D.**

23. SFR Services inspected the Insured Property and prepared an estimate dated May 28, 2020, totaling $1,069,824.52 in replacement cost benefits and $1,006,836.61 in actual cash value benefits. A copy of SFR Services' estimate is attached hereto as **Exhibit E.**

24. Prior to filing this lawsuit, Plaintiff has provided Defendant with expert report and requested that Defendant reconsider its prior position on coverage and damages. To date, Defendant has failed to do so.

25. As a direct result of Defendant's breach of its insurance contract, it has become necessary for Plaintiff to incur and become obligated for attorneys' fees and costs in the prosecution of this action. Florida Statute §627.428 provides for recovery of such attorneys' fees in the event of such need.

**WHEREFORE** Plaintiff, SFR SERVICES, LLC a/a/o VISTA DEL SOL AT LAS BRIAS CONDOMINIUM ASSOCIATION, INC. demands judgment against Defendant, INDIAN HARBOR INSURANCE COMPANY, for all damages, including but not limited to, the full cost of repair or replacement of Plaintiff's Insured Property, prejudgment interest from the date of loss,

and court costs, costs, expert fees, and attorney fees pursuant to §627.428 Florida Statutes, and such other and further relief as the court deems proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury with respect to all claims and issues triable to a jury.

Respectfully submitted this 1st day of February 2021.

                                **MERLIN LAW GROUP, P.A.**

                                /s/ *Larry E. Bache, Jr.*
                                Larry E. Bache, Jr., Esq.
                                Florida Bar No.: 91304
                                Lucas B. Austin, Esq.
                                Florida Bar No.: 50340
                                777 S. Harbour Island Boulevard, Ste. 950
                                Tampa, Florida 33602
                                Telephone: (813) 229-1000
                                Facsimile: (813) 229-3692
                                Email: lbache@merlinlawgroup.com
                                            laustin@merlinlawgroup.com
                                            mvandalsum@merlinlawgroup.com
                                            uthomas@merlinlawgroup.com
                                *Attorneys for Plaintiff SFR Services, LLC*
                                *a/a/o Vista Del Sol at Las Brias*
                                *Condominium Association, Inc.*