UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SFR SERVICES LLC other Vista Del Sol at Las Brias Condominium Association, Inc.,

    Plaintiff,

v.                      Case No:  2:21-cv-179-JES-NPM

INDIAN HARBOR INSURANCE COMPANY,

    Defendant.

**ORDER**

This matter comes before the Court on the parties' Joint Stipulation for Dismissal (Doc. #33) filed on March 9, 2022. The parties have agreed to the dismissal of this case in its entirety, and a case is deemed dismissed upon the filing of such a stipulation. Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272 (11th Cir. 2012).

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Clerk is directed to terminate all previously scheduled deadlines and pending motions and close the case pursuant to the parties' stipulation.

**DONE and ORDERED** at Fort Myers, Florida, this   15th   day of March 2022.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record